A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Aug 13, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

Jul 29, 2010

FILED
CLERK'S OFFICE

**IN RE: VERIZON WIRELESS DATA
CHARGES LITIGATION**
    Ricky Green, et al. v. Cellco Partnership,
        M.D. Alabama, C.A. No. 2:10-492                       MDL No. 2141

## CONDITIONAL TRANSFER ORDER (CTO-4)

On April 2, 2010, the Panel transferred one civil action to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2010). Since that time, 21 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such action have been assigned to the Honorable Freda L. Wolfson.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wolfson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 2, 2010, and, with the consent of that court, assigned to the Honorable Freda L. Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 13, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BUILDING AND U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
MITCHELL H. COHEN
U.S. COURTHOUSE
1 JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
CLARKSON S. FISHER
U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: TRENTON

August 16, 2010

United States District Court
for the Middle District of Alabama
PO Box 711
Montgomery, AL 36101

Re: MDL VERIZON WIRELESS DATA CHARGES LITIGATION
    Ricky Green v.  Cellco Partnership
    M.D. AL Civil Action No.  2:10-492

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring

the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it

to the Honorable, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

When the case(s) have been closed in your District please **transfer the case(s) electronically via Case**

**Extraction.**

Sincerely,

WILLIAM T. WALSH, Clerk

s/ Denise DePaul
Deputy Clerk

cc: Jeffrey N. Luthi
    Clerk Judicial Panel on Multidistrict Litigation