UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BUILDING AND U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
MITCHELL H. COHEN
U.S. COURTHOUSE
1 JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

WILLIAM T. WALSH
   Clerk

TRENTON OFFICE
CLARKSON S. FISHER
U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: CAMDEN

Date: August 24, 2010

In Re: VERIZON WIRELESS DATA CHARGES LITIGATION
MDL Docket Number: 2141
Docket Number in Alabama Middle District: 2:10-492
Docket Number in District of New Jersey: 3:10-4335FLW/LHG
Master Docket In New Jersey: 3:10-1749FLW/LHG

NOTICE TO ALL COUNSEL:

On August 13, 2010 the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey: 2:10cv492MHT-CSC (Middle District of Alabama)

All mail in this litigation should be sent to the Trenton Clerk's Office. The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jersey's CM/ECF Policies and Procedures. These Policies and Procedures can be found on the Court's website. If there is a need to contact this office by phone, you may contact the Clerk's Office at 609-989-2065 .

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website.

Sincerely,

William T. Walsh, Clerk

By: Denise M. DePaul
    Deputy Clerk

cc: Jeffrey N. Luthi
   Clerk, Judicial Panel on Multidistrict Litigation